# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

**SOLAR POWER ENTERPRISE LIMITED,**

a corporation organized under the laws of Hong Kong, a Special Administrative Region of China, Plaintiff,

v.

**Diba Imports, LP,**

a limited partnership organized under the laws of the State of Missouri, Defendant.

Case No. _____

# COMPLAINT

Plaintiff, **Solar Power Enterprise Limited**, by and through undersigned counsel, for its Complaint against Defendant, **Diba Imports, LP**, states as follows:

# PARTIES, JURISDICTION, AND VENUE

1.    Plaintiff **Solar Power Enterprise Limited** is a corporation duly organized under the laws of Hong Kong, a Special Administrative Region of China, with its principal place of business located in Hong Kong.

2.    Defendant **Diba Imports, LP** is a limited partnership organized under the laws of the State of Missouri, with its principal place of business located in this District.

3.    This Court has subject matter jurisdiction pursuant to **28 U.S.C. § 1332(a)(2)** because the matter in controversy exceeds **$75,000.00**, exclusive of interest and costs, and is between a citizen of a State and a citizen or subject of a foreign state.

1

4.      Venue is proper in this Court under **28 U.S.C. § 1391(b)** because Defendant resides in this District and a substantial part of the events or omissions giving rise to the claim occurred in this District.

## FACTS

5.      Between September of 2025 and April of 2026, Plaintiff sold and delivered to Defendant certain goods and merchandise on **open account** at Defendant's request.

6.      Plaintiff has fully performed all obligations required of it, including timely delivery of all goods and merchandise ordered.

7.      Defendant accepted the goods and merchandise without objection.

8.      Plaintiff issued invoices and itemized statements to Defendant reflecting the amounts due and owing for the goods delivered.

9.      As of the date of filing this Complaint, Defendant is indebted to Plaintiff in the principal amount of **Four Hundred Twelve Thousand Four Hundred Four Hundred Forty-Nine Dollars ($412,449.00)**.

10.     Despite repeated demands for payment, Defendant has failed and refused to pay the outstanding balance.

11.     Attached hereto as **Exhibit A** is a true and accurate copy of the itemized statement of account.

12.     Attached hereto as **Exhibit B** is an affidavit of Plaintiff's authorized representative attesting to the correctness of the account and the amount due.

## COUNT I – ACTION ON OPEN ACCOUNT

13.   Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 12 as though fully set forth herein.

14.   Defendant is indebted to Plaintiff on **open account** for goods and merchandise sold and delivered.

15.   The amount due and owing on the account is **$412,449.00**, plus interest as allowed by law.

16.   Defendant has failed and refused to pay the account despite demand.

17.   Plaintiff is entitled to judgment against Defendant for the full amount of the indebtedness, together with interest, costs, and any other relief the Court deems just and proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in its favor and against Defendant Diba Imports, LP as follows:

A. For damages in the amount of **$412,449.00**;

B. For pre-judgment and post-judgment interest as allowed by law;

C. For Plaintiff's costs incurred herein; and

D. For such other and further relief as the Court deems just and proper.

July 14, 2026                    Respectfully submitted,

                                 THE LAW OFFICES OF
                                 JAY B. UMANSKY, P.C.

                                 By    /s/ Jay B. Umansky
                                    JAY B. UMANSKY, MBE# 29984
                                    AMY J. NEWELL, MBE# 51718
                                    WENDY K. WEBER, MBE# 76330
                                    Attorneys for Plaintiff
                                    12460 Olive Boulevard, Suite 118
                                    St. Louis, Missouri 63141
                                    (314) 628-1177
                                    (314) 628-9733 FAX
                                    jumansky@stllaw.net;
                                    anewell@stllaw.net; wweber@stllaw.net
                                    File Code: 178787

This communication is from a debt collector attempting to collect a debt and any information obtained will be used for that purpose.